**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

January 11, 2016

VIA ECF

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

    Re: <u>Sandra Melendez, et al. v. Edwin Figler, Jr. et al.,</u>
        Case No. 16-cv-00113; Defendants' Request for Extension

Your Honor:

    We represent defendants T.F. Cornerstone Inc. and Edwin Figler, Jr. in the above-referenced action.

    We write to request an extension of time in which to answer, move or otherwise respond to the Complaint, from Thursday, January 14, 2016 to Friday, January 29, 2016. Plaintiff's counsel, Meagan du Jardin, Esq., has consented to this adjournment.

    No prior extensions have been requested.

                                            Respectfully submitted,

                                            Lisia Leon

cc: Meagan du Jardin, Esq. (via electronic mail)